61 A.3d 828

**Kelly N. CANAVAN et al., Appellants**

v.

**MARYLAND STATE BOARD OF ELECTIONS et al., Appellees.**

**No. 104, Sept. Term, 2012.**

Court of Appeals of Maryland.

March 1, 2013.

Thomas E. Dernoga, Laurel, MD, for appellants.

Julia Doyle Bernhardt, Asst. Atty. Gen. and Jeffrey L. Darsie, Asst. Atty. Gen. (Douglas F. Gansler, Atty. Gen. of Maryland for Maryland State Board of Elections et al.); Michael D. Berman and Alan M. Rifkin (Rifkin, Livingston, Levitan & Silver, LLC, Bethesda, MD for CBAC Gaming, LLC, Anthony Rodgers, and Wendy Ann West); Marc E. Elias and Kip F. Wainscott (Perkins Coie LLP, Washington, DC for MGM Resorts International); Timothy F. Maloney, Joseph M. Creed and Hina Hussain (Joseph, Greenwald & Laake, P.A., Greenbelt, MD for St. Cyr and Huggins), for appellees.

Submitted before BELL, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, BARBERA, and McDONALD *, JJ.

PER CURIAM ORDER.

The Court having considered and granted the petition for a writ of certiorari in the above-entitled case, it is this 1st day of March 2013,

ORDERED, by the Court of Appeals, that the judgment of the Circuit Court for Anne Arundel County be, and the same is hereby, affirmed summarily by a unanimous Court ** on the bases of laches and untimeliness, as discussed in the Circuit Court's Memorandum Opinion dated January 22, 2013 and the amended Order dated February 20, 2013. Costs in this Court to be paid by Appellants.

---

* McDonald, J., did not participate in the consideration and decision of this case.

** Judge McDonald recused himself from consideration of this case.